## MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2907

TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

---

355 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1560

TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

August 8, 2005

WRITER'S DIRECT LINE
(415) 512-4032
(415) 644-6932 FAX
Rohit.Singla@mto.com

**VIA ELECTRONIC FILING**

Honorable Judge Jenkins
U.S. District Court
Northern District of California
450 Golden Gate
San Francisco, CA 94102

   Re: *TheraSense and Abbott v. Nova and Becton Dickinson*
     <u>USDC Case Nos. C04-2123; 04-3732; 04-3327 MJJ/BZ</u>

Dear Judge Jenkins:

   I write in response to Mr. Badke's letter of August 5 only to clarify the nature of the consolidation which Plaintiffs seek. Mr. Badke indicates that Defendants do not object to pre-trial consolidation of all three cases but suggests that they oppose trial consolidation because two different sets of patents are at issue. But the consolidation that Plaintiffs seek would not affect which patents are litigated at which trial. All four patents are at issue in both Case No. C04-2123 and in Case No. C04-3732.[1] The difference between the cases is not the patents at issue, but the defendants. The former case has been brought against Becton Dickson & Company ("BD") and the latter against Nova Biomedical ("Nova") — by the same plaintiffs regarding the same patents. Indeed, the very same claims of the patents are at issue in the two cases because the same infringing products are at issue in both cases: Nova manufactures the infringing products that BD sells. Consolidation will mean only one jury will be needed to

---

[1]  Case No. C04-3327 is a declaratory judgment action brought by Becton Dickson & Company against TheraSense before Abbott Laboratories was added as a plaintiff. Given that this is essentially the same case as Case No. C04-2123, BD has not even been making filings in this docket for approximately six months.

1117334.1

MUNGER, TOLLES & OLSON LLP

Honorable Judge Jenkins
August 8, 2005
Page 2

determine whether the manufacture, distribution, and sale of the same products by a manufacturer and a distributor infringes the same claims of the same patents.

Respectfully submitted,

Rohit K. Singla

RKS:ca
cc:   Bradford J. Badke, Esq.
      James W. Cannon, Jr. Esq

1117334.1