MARK D. ROWLAND (CSB # 157862)
mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
mark.meredith@ropesgray.com
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

BRADFORD J. BADKE
jim.badke@ropesgray.com
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

E-filing

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA BIOMEDICAL CORP.,<br><br>Defendant. | Case No.: C04-2123 MJJ<br>Case No.: C04-3732 MJJ<br>Case No.: C04-3327 MJJ<br><br>[~~PROPOSED~~] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

*No opposition filed*

1  Having considered Defendants' Motion to Remove Incorrectly Filed Documents,
2  this Court hereby ORDERS that the following documents be removed from the docket:
3  Exhibit 1 to the Declaration of Bradford J. Badke in Support of Nova Biomedical
4  Corporation and Becton Dickinson and Co.'s Opposition to Plaintiffs' Motion to Permit In-
5  House Counsel Access to Confidential Documents on the Same Basis as Outside Counsel,
6  electronically filed on August 3, 2005 (Attachment 1 to Docket No. 64 in Case No. 3:04-CV-
7  03732 MJJ, and Attachment 1 to Docket No. 86 in Case No. 3:04-CV-02123 MJJ).
8  **IT IS SO ORDERED.**

Dated: /2 Aug, 2005     By: _____
                            Bernard Zimmerman
                            United States Magistrate Judge