UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERASENSE, INC., | ) | |
| Plaintiff(s), | ) | No. C04-2123 MJJ (BZ) |
| v. | ) | |
| BECTON, DICKSON AND CO., | ) | |
| Defendant(s). | ) | |
| THERASENSE, INC. | ) | |
| Plaintiff(s), | ) | No. C04-3732 MJJ (BZ) |
| v. | ) | |
| NOVA BIOMEDICAL CORPORATION, | ) | |
| Defendant(s). | ) | |
| BECTON DICKINSON & CO., | ) | |
| Plaintiff(s), | ) | No. C04-3327 MJJ (BZ) |
| v. | ) | **ORDER** |
| THERASENSE, INC., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that if Becton Dickinson & Co. or Nova Biomedical Corporation wish to have in-house counsel access confidential documents, they must either obtain

1

1 | approval of Abbott Laboratories and Therasense, Inc. or make a
2 | proper showing before the Court.
3 | Dated: September 7, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\PROTECTIVE.ORD.wpd