```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   NORTHERN DISTRICT OF CALIFORNIA
 9
10   THERASENSE, INC.,         )
                               )
11         Plaintiff(s),       )   No. C04-2123 MJJ (BZ)
                               )
12      v.                     )
                               )
13   BECTON, DICKSON AND CO.,  )
                               )
14         Defendant(s).       )
     ──────────────────────────)
15                             )
     THERASENSE, INC.          )
16                             )   No. C04-3732 MJJ (BZ)
           Plaintiff(s),       )
17                             )
        v.                     )
18                             )
     NOVA BIOMEDICAL           )
19   CORPORATION,              )
                               )
20         Defendant(s).       )
     ──────────────────────────)
21                             )   No. C04-3327 MJJ (BZ)
     BECTON DICKINSON & CO.,   )
22                             )   **DISCOVERY ORDER**
           Plaintiff(s),       )
23                             )
        v.                     )
24                             )
     THERASENSE, INC.,         )
25                             )
           Defendant(s).       )
26   ──────────────────────────)
```

27    Following the telephonic discovery conference, **IT IS**
28 **HEREBY ORDERED** that the parties meet and confer to try to

1

resolve the discovery disputes described in their letters to the court, dated November 21, 2005 and November 22, 2005, in accordance with the views expressed by the court. If the disputes cannot be resolved, the parties are granted leave to file appropriate motions by **January 9, 2006**.  Any opposition shall be filed by **January 13, 2006** and any reply shall be filed by **January 20, 2006**.  If a hearing is necessary, it will be held on **February 1, 2006, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: November 30, 2005

                              Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\DISCOVERY4.ORD.wpd