MARK D. ROWLAND (CSB # 157862)
mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
mark.meredith@ropesgray.com
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

BRADFORD J. BADKE
jim.badke@ropesgray.com
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

THERASENSE, INC. and ABBOTT LABORATORIES,

Plaintiffs,

v.

NOVA BIOMEDICAL CORP.,

Defendant.

Case No.: C04-2123 MJJ
Case No.: C04-3732 MJJ
Case No.: C04-3327 MJJ

**STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs Abbott Diabetes Care, Inc. (formally Therasense, Inc.) and Abbott Laboratories ("Plaintiffs") and Defendants' Nova Biomedical Corp. and Becton, Dickinson and Co., ("Defendants") have reviewed the following exhibits to the Declaration of Bradford J. Badke in Support of Nova Biomedical Corporation and Becton Dickinson and Co.'s Opposition to Plaintiffs' Motion to Permit In-House Counsel Access to Confidential Documents on the Same Basis as Outside Counsel. Plaintiffs and Defendants stipulate that the following exhibits contain confidential information which should be filed under seal pursuant to Civil L.R. 79-5:

**Exhibit 1** (document bearing production number TH0002440 through TH0002443)

August 5, 2005

By [signature]

BRADFORD J. BADKE
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 596-9000

MARK D. ROWLAND (CSB # 157862)
GABRIELLE E. HIGGINS (CSB # 163179)
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, New York 10111
Tel.: (212) 841-5700

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

CaCase3:04-cv-03732-WHA Document 6847 Filed 08/10/2005 Page 3 of 4

August 5, 2005

By: /s/ Jason Rantanen .

JEFFREY I. WEINBERGER (SBN 56214)
DANIEL A. BECK (SBN 204496)
MUNGER, TOLLES & OLSON LLP
335 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9288
Facsimile: (213) 687-3702

ROHIT K. SINGLA (SBN 213057)
JASON RANTANEN (SBN 229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4040
Facsimile: (415) 512-4077

Attorneys for PLAINTIFFS
ABBOTT DIABETES CARE, INC. and
ABBOTT LABORATORIES

STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ

Case 3:04-cv-03327-WHA Document 68 Filed 01/20/2005 Page 4 of 4

This Court ORDERS that the following documents be FILED UNDER SEAL:

Exhibit 1 to the Declaration of Bradford J. Badke in Support of Nova Biomedical Corporation and Becton Dickinson and Co.'s Opposition to Plaintiffs' Motion to Permit In-House Counsel Access to Confidential Documents on the Same Basis as Outside Counsel.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 20, 2005

By: 

Be[illegible]

Un[illegible]

In adequate showing under Local Rule 79-5(a) & (d)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Bernard Zimmerman

STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ