UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant.<br><br>AND RELATED CASES | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>AMENDED JOINT PROPOSED CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER RELATING TO REMAINING CLAIM CONSTRUCTION PROCEEDINGS FOR '551 AND '745 PATENTS IN SUIT AND CASE SCHEDULE UP TO STATUS CONFERENCE |

**AMENDED JOINT PROPOSED CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER RELATING TO REMAINING CLAIM CONSTRUCTION PROCEEDINGS FOR '551 AND '745 PATENTS IN SUIT AND CASE SCHEDULE UP TO STATUS CONFERENCE**

Pursuant to the Court's Order setting a Case Management Conference for August 31, 2006, Plaintiffs Abbott Diabetes Care Inc., formerly known as TheraSense, Inc., and Abbott Laboratories, and Defendants Becton, Dickinson & Company and Nova Biomedical Corporation submit this Case Management Statement and Proposed Order relating to the remainder of the claim construction proceedings to be completed on the two patents that will be the subject of the next Markman hearing and the case scheduled up to the status conference.

**Description of the Cases**

These cases involve U.S. Patent Nos. 6,143,164, 5,820,551, 6,592,745, and 5,628,890 (the "Abbott patents"). The products at issue are blood-glucose test strips used for diabetes care, marketed by Becton, Dickinson and Co. ("BD") and manufactured by Nova Biomedical Corporation ("Nova"). Abbott Diabetes Care Inc., formerly known as TheraSense,

Inc., ("ADC") and Abbott Laboratories ("Abbott Labs") (collectively "Abbott") allege that both BD and Nova willfully infringe the Abbott patents, entitling Abbott to damages and injunctive relief. The Defendants allege that they do not infringe the Abbott patents and that the Abbott patents are invalid, thereby entitling Defendants to declaratory judgments of non-infringement and patent invalidity.

The Court conducted a claim construction hearing on the claims of the '164 Patent and the '890 Patent on July 19, 2006, for the Cases listed above (the "BD/Nova Cases"). The '551 Patent and the '745 Patent are also the subject of a patent infringement suit currently pending before this Court in Case No. C05-03117 MJJ (the "Roche/Bayer Case"). The '551 Patent and the '745 Patent for both the BD/Nova Cases and the Roche/Bayer Case will be construed at a single claim construction hearing, which will be held on January 18, 2007, at 9:00 a.m. This Case Management Statement relates only to the remaining claim construction proceedings for the '551 Patent and the '745 Patent in the BD/Nova Cases (as the parties to the BD/Nova Cases have previously exchanged most of the claim construction submissions for these patents) and the case schedule up to the status conference.

**Proposed Schedule for Remainder of Claim Construction Proceedings for the '551 and the '745 Patents In Suit and Case Schedule up to Status Conference**
(asterisks indicate dates under Northern District Patent Local Rules)

| Date | Event |
| --- | --- |
| December 1, 2006 | Deadline for parties to file opening briefs on claim construction |
| December 20, 2006 | Deadline for parties to file responsive briefs on claim construction |
| January 17, 2007, at 10:00 a.m. | Claim construction pre-hearing conference and tutorial (combined - BD/Nova and Roche/Bayer) |
| January 18, 2007, at 9:00 a.m. | Claim construction hearing (combined - |

HOU02:1078241.1    3    AMENDED JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
CASE NO. C04-2123 MJJ

|  |  |
|---|---|
|  | BD/Nova and Roche/Bayer) |
| February 20, 2007, at 2:00 p.m. | Status Conference |

DATED September 6, 2006

BAKER BOTTS, LLP

By: _____
JAMES W. CANNON, JR. (*pro hac vice*)

MUNGER, TOLLES & OLSON LLP

ROHIT K. SINGLA
JASON RANTANEN

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC. and
ABBOTT LABORATORIES

DATED September 6, 2006

ROPES & GRAY LLP

By: _____
BRADFORD J. BADKE (*pro hac vice*)

MARK D. ROWLAND
SONA DE

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and NOVA BIOMEDICAL CORPORATION

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order Relating Solely to Remaining Claim Construction Proceedings for '551 and '745 Patents in Suit is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated: 9/12/2006

By: _____
Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE