**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES, | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ |
| Plaintiffs, | |
| vs. | ~~PROPOSED~~ **JOINT AMENDED PRETRIAL ORDER** |
| BECTON, DICKINSON AND CO., | |
| Defendant. | |
| AND RELATED CASES | |

**PROPOSED JOINT AMENDED PRETRIAL ORDER**

The Court, having considered the arguments presented by the parties at a hearing on September 19, 2006, hereby ORDERS:

**Case Schedule**

The parties shall comply with the case schedule set forth in the table below:

| Date | Event |
|---|---|
| October 5, 2006 | Deadline for parties to exchange Amended Preliminary Claim Construction and Extrinsic Evidence (relating to '551 and '745 patents) |
| October 24, 2006 | Deadline for parties to file Amended Joint Claim Construction and Pre-Hearing Statement (relating to '551 and '745 patents) |
| December 1, 2006 | Deadline for parties to file opening briefs on claim construction (relating to '551 and '745 patents) |
| December 20, 2006 | Deadline for parties to file responsive briefs on claim construction (relating to '551 and '745 patents) |
| January 17, 2007 at ~~10:00~~ 2:30 p.m. | Claim construction pre-hearing conference and tutorial (relating to '551 and '745 patents) |
| ~~January 18, 2007 at 8:00 a.m.~~ February 7, 2007 at 2:30 p.m. | Claim construction hearing on '745 and '551 patents (combined - BD/Nova and Roche/Bayer) |

| February 20, 2007, at 2:00 p.m. | Status Conference |
|---|---|
| February 26, 2007 | Deadline for motions to amend the pleadings to join other parties |
| March 1, 2007 | Deadline for Plaintiffs to serve "Final Infringement Contentions" as required by Patent Local Rule 3-6 |
| March 22, 2007 | a.  Deadline for Defendants to serve "Final Invalidity Contentions" as required by Patent Local Rule 3-6<br><br>b.  Deadline for Defendants to produce opinions of counsel -- if such opinions are to be relied upon to rebut Plaintiffs' claims of willfulness -- as required by Patent Local Rule 3-8 |
| April 2, 2007 | Deadline for motions to amend the pleadings to change allegations |
| May 25, 2007 | Close of fact discovery |
| May 25, 2007 | Deadline to disclose all expert witnesses (each side is limited to 4 expert witnesses) |
| June 1, 2007 | Deadline to serve initial expert reports on issues as to which a party has the burden of proof pursuant to Rule 26 |
| June 15, 2007 | Deadline to serve rebuttal expert reports |
| July 6, 2007 | Close of expert discovery |
| July 24, 2007 | Hearing date on dispositive motions |
| August 2007 | Settlement Conference with Magistrate Judge Spero |
| August 22, 2007, at 9:30 a.m. | Pretrial Conference |
| September 17, 2007 | Trial |

[PROPOSED] JOINT AMENDED PRETRIAL ORDER
CASE NOS. C04-2123 MJJ; C04-3327 MJJ; C04-3732 MJJ

DATED September 22, 2006

BAKER BOTTS, LLP

By: _____
JAMES W. CANNON, JR. (*pro hac vice*)

MUNGER, TOLLES & OLSON LLP

ROHIT K. SINGLA
JASON RANTANEN

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC. and
ABBOTT LABORATORIES

DATED September 22, 2006

ROPES & GRAY LLP

By: _____
BRADFORD J. BADKE (*pro hac vice*)

MARK D. ROWLAND
SONA DE

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and NOVA BIOMEDICAL CORPORATION

1

## ORDER

2         The Proposed Joint Amended Pretrial Order is hereby adopted by the Court and

3 the parties are ordered to comply with this Order.

4

5

6

7

8  Dated: _10/19/2006_____         By: _____

9                                              Honorable Martin J. Jenkins
                                               UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28