| | |
|---|---|
| ROHIT K. SINGLA (SBN 213057)<br>JASON RANTANEN (SBN 229404)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105<br>Telephone:   (415) 512-4040<br>Facsimile:   (415) 512-4077<br>Email: rohit.singla@mto.com<br>Email: jason.rantanen@mto.com<br><br>JAMES W. CANNON, JR. (*pro hac vice*)<br>SHANNON HUTCHESON (*pro hac vice*)<br>BAKER BOTTS, LLP<br>98 San Jacinto Boulevard<br>Suite 1500<br>Austin, Texas 78701<br>Telephone: (512) 322-2653<br>Facsimile: (512) 322-8353<br>Email: jim.cannon@bakerbotts.com<br>Email: shannon.hutcheson@bakerbotts.com | MARIA WYCKOFF BOYCE (*pro hac vice*)<br>BAKER BOTTS, LLP<br>910 Louisiana<br>Houston, Texas 77002<br>Telephone: (713) 229-1922<br>Facsimile: (713) 229-2722<br>Email: maria.boyce@bakerbotts.com<br><br>DAVID G. WILLE (*pro hac vice*)<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6595<br>Facsimile: (214) 661-4595<br>Email: david.wille@bakerbotts.com |

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant.<br><br>AND RELATED CASES | CASE NO.  C04-2123 MJJ/BZ<br>CASE NO.  C04-3732 MJJ/BZ<br>CASE NO.  C04-3327 MJJ/BZ<br><br>[PROPOSED] ORDER RESETING DATES FOR CLAIM CONSTRUCTION HEARING AND STATUS CONFERENCE |

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO.  C05-3117 MJJ |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. The Claim Construction Hearing on United States Patent Nos. 6,592,745 and 5,820,551 shall be scheduled for March 9, 2007 at 2:30 PM. The Claim Construction Hearing previously set for February 20, 2007 is vacated.

2. The Status Conference shall be scheduled for April 17, 2007 at 2:00 PM. The Status Conference previously scheduled for February 20, 2007 is vacated.

Dated: __February 14, 2007__   By: _____
Hon. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*