RACHEL KREVANS (CA SBN 116421)
WESLEY E. OVERSON (CA SBN 154737)
RKrevans@mofo.com
WOverson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. C05-03117 MJJ |
| THERASENSE, INC. AND ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND COMPANY,<br><br>Defendants. | Case No. C04-2123 MJJ<br>Case No. C04-3732 MJJ<br>Case No. C04-3327 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Martin Jenkins |

---

Case Nos. C05-03117 MJJ, C04-2123 MJJ, C04-3732 MJJ and C04-3327 MJJ

STIPULATION AND [PROPOSED] ORDER

sf-2338732

Abbott Diabetes Care Inc. and Abbott Laboratories, Plaintiffs, and Roche Diagnostics Corp., Roche Diagnostics Operations Inc., Bayer Healthcare LLC, Nova Biomedical Corporation, and Becton, Dickinson and Company, Defendants, do hereby stipulate and jointly request that the Court modify the Case Management Order of May 14, 2007 as follows:

Defendants shall not be required to produce opinions of counsel -- if such opinions are to be relied upon to rebut Plaintiffs' claims of willfulness -- as required by Patent Local Rule 3-8 until the earlier of: (1) 10 days after the issuance of the Federal Circuit's ruling in *In re Seagate Technology, LLC*, or (2) August 2, 2007. The parties jointly request this Order because the Federal Circuit's En Banc decision is expected to clarify material aspects of the law relating to the disclosure of opinions of counsel in patent litigation.

Dated: 6/15, 2007

BAKER BOTTS LLP

By: _____
James W. Cannon, Jr.
Shannon H. Hutcheson
Maria Wyckoff Boyce
David G. Wille

*Attorneys for Plaintiffs Abbott Diabetes Care, Inc. and Abbott Laboratories*

Dated: June 15, 2007

BARNES & THORNBURG LLP

By: _____
Donald E. Knebel
Lynn C. Tyler
Larry A. Mackey
Jonathan Froemel
Daniel P. Albers
Paul B. Hunt

*Attorneys for Defendants Roche Diagnostic Corp. & Roche Diagnostics Operations, Inc.*

---

Case Nos. C05-03117 MJJ, C04-2123 MJJ, C04-3732 MJJ and C04-3327 MJJ

STIPULATION AND [PROPOSED] ORDER

1

sf-2338732

| | | |
|---|---|---|
| 1 | Dated: _____, 2007 | ROPES & GRAY LLP |
| 2 | | By:_____ |
| 3 | |     Bradford J. Badke |
| | |     Sona De |
| 4 | |     Brien P. Santarlas |
| | |     Senjeev B. Mehta |
| 5 | |     Mark D. Rowland |
| | |     Gabrielle E. Higgins |

*Attorneys for Defendants Nova Biomedical Corporation Becton, Dickinson and Company*

Dated: 6/15, 2007

MORRISON & FOERSTER LLP

By: /s/ Jason Bartlett

    Rachel Krevans
    Wesley E. Overson
    Jason R. Bartlett

*Attorneys for Defendant Bayer Healthcare LLC*

1  Dated: June 15, 2007               ROPES & GRAY LLP

2                                     By: _____
3                                         Bradford J. Badke
                                          Sona De
4                                         Brien P. Santarlas
                                          Senjeev B. Mehta
                                          Mark D. Rowland
5                                         Gabrielle E. Higgins

6
                                      *Attorneys for Defendants Nova Biomedical
7                                     Corporation Becton, Dickinson and Company*

8  Dated: _____, 2007           MORRISON & FOERSTER LLP
9

10
                                      By: _____
11                                        Rachel Krevans
                                          Wesley E. Overson
12                                        Jason R. Bartlett

13                                    *Attorneys for Defendant Bayer Healthcare LLC*

14

15

---

Case Nos. C05-03117 MJJ, C04-2123 MJJ,                    STIPULATION AND [PROPOSED] ORDER
C04-3732 MJJ and C04-3327 MJJ

2

sf-2338732

**[PROPOSED] ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: ___6/20___, 2007      By: _____*Martin J. Jenkins*_____
                                  Hon. Martin J. Jenkins
                                  *United States District Court Judge*