UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES, <br><br>  Plaintiff(s), <br><br> v. <br><br> ROCHE DIAGNOSTICS CORP., ROCHE DIAGONOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC, <br><br>  Defendant(s). | No. C05-3117 MJJ (BZ) <br><br> Related Cases: 04-2123 MJJ <br> 04-3327 MJJ <br> 04-3732 MJJ <br><br> **ORDER DENYING ROCHE DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

   On June 29, 2007, defendant Roche Diagnostics Corporation filed an administrative motion to file certain documents under seal.  See Docket No. 425.  Because plaintiffs, as the designating parties, have failed to file a declaration establishing that the material is sealable, defendant's motion is **DENIED**.  The documents will be made a part of the public record.  See Civil Local Rule 79-5(d).

Dated: July 11, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\ORDER DENY MOTION SEAL.wpd

1