IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| | No. C 04-03732 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 05-03117 WHA |
| Defendant. | **JUDGMENT** |
| AND CONSOLIDATED CASES. | |

   For the reasons stated in the accompanying order finding U.S. Patent No. 5,820,551 unenforceable, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Bayer Healthcare LLC, Nova Biomedical Corporation, and Becton, Dickinson and Company.

   **IT IS SO ORDERED.**

Dated: March 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE